

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00877-CR

BERNARD CARDENAS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 182nd District Court of Harris County.  (Tr. Ct. No. 1365165).

**TO THE 182ND DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 25th day of August 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on September 16, 2013. After inspecting the record of the case below, it is the opinion of the Court that there is no reversible error in the judgment. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the judgment of the trial court is affirmed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 25, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Huddle, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 6, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

